| Filer's Name, Address, Phone, Fax, Email: | UNITED STATES BANKRUPTCY COURT |
|---|---|
| Donald L. Spafford, Jr. 6188<br>Pauahi Tower, Suite 470<br>1003 Bishop Street<br>Honolulu, HI 96813<br>(808) 532-6300<br>Fax: (808) 532-6309<br>spafford@lava.net | DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |

hib_1009-1 (12/09)

| Debtor: Walter Ben Lawson | Case No.: 10-02826 |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: 7 |

## COVER SHEET FOR AMENDMENTS

Check all of the following that are being amended.

Schedules: ☒A ☐B ☐C ☐G ☐H ☒I ☒J

Schedules: ☒D ☐E ☐F ($26 fee for 1 or more)

☐ Statement of Financial Affairs

☒ Statement of Intention

☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation)

☒ List of Creditors / Mailing Matrix

☒ ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules)

☐ List of Equity Security Holders

☐ List of 20 Largest Unsecured Creditors

## DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [If filing electronically through ECF, a **Declaration re: Electronic Filing** with original signatures must be submitted on paper not later than 7 days after filing the amendments.]

*/s/ Walter Ben Lawson*
Walter Ben Lawson
Signature of Debtor
Dated: 10/26/2010

## CERTIFICATE OF SERVICE

The undersigned certifies:

☒ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☒ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: 11/3/2010

*/s/ Donald L. Spafford, Jr.* 6188

Attach amended schedules or statements to cover sheet. Attach a service list with names and addresses where notice was sent.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy
U.S. Bankruptcy Court - Hawaii   #10-02826   Dkt # 9   Filed 11/03/10   Page 1 of 12

B6A (Official Form 6A) (12/07)

In re    Walter Ben Lawson                                                    Case No.  __10-02826__
                                         Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 42-102 Aleka Place<br>Kailua, Hawaii 96734 | fee simple | - | 1,182,900.00 | 1,866,665.00 |
| 107 South Court Avenue, #203<br>Memphis, TN | fee simple | - | 190,000.00 | 252,254.00 |
| 107 South Court Avenue #302<br>Memphis, TN | fee simple | - | 190,000.00 | 218,375.00 |
| 107 South Court Avenue #202<br>Memphis, TN | fee simple | - | 190,000.00 | 205,208.00 |
| Time share interest in Hilton Grand Vacations Club | Time share interest | - | 8,000.00 | 16,464.00 |

|   | Sub-Total > | 1,760,900.00 | (Total of this page) |
|---|---|---|---|
|   | Total >     | 1,760,900.00 |   |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                  Best Case Bankruptcy

In re  Walter Ben Lawson                                    Case No.  10-02826
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx8960<br><br>Amtrust Bank<br>1801 E 9th St<br>Cleveland, OH 44114 | | - | Opened 1/01/07 Last Active 4/16/10<br><br>Mortgage<br><br>107 South Court Avenue #302<br>Memphis, TN<br><br>Value $ 190,000.00 | | | | 218,375.00 | 28,375.00 |
| Account No. xxxx3438<br><br>BAC Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | | - | Opened 5/01/05 Last Active 3/31/10<br><br>First Mortgage<br><br>42-102 Aleka Place<br>Kailua, Hawaii 96734<br><br>Value $ 1,182,900.00 | | | | 1,667,665.00 | 484,765.00 |
| Account No. xxxxx3994<br><br>BAC Home Loans Servicing<br>450 American St.<br>Simi Valley, CA 93065 | | - | Opened 01/01/07 Last Active 03/11/10<br><br>Mortgage<br><br>107 South Court Avenue #202<br>Memphis, TN<br><br>Value $ 190,000.00 | | | | 205,208.00 | 15,208.00 |
| Account No. xxxx3994<br><br>BAC Home Loans Servicing<br>450 American Street<br>Simi Valley, CA 93065 | | - | 11/02/2006 to 03/01/2010<br><br>Mortgage<br><br>107 South Court Avenue, #203<br>Memphis, TN<br><br>Value $ 190,000.00 | | | | 252,254.00 | 62,254.00 |
| _1_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 2,343,502.00 | 590,602.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Walter Ben Lawson                                     Case No.  10-02826
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hilton Grand Vacations Company<br>6355 Metro West Blvd., Ste. 180<br>Orlando, FL 32835 | | - | ___/20___<br>Purchase Money Security<br>Time share interest in<br>Hilton Grand Vacations Club<br>Value $ 8,000.00 | | | | 16,464.00 | 8,464.00 |
| Account No. xxx0801<br><br>Windward Community FCU<br>217 D Street, MCBH<br>Kailua, HI 96734-5090 | | - | 02/01/2007<br>Purchase Money Security Interest<br>2002 Mercedes 320 ML SUV (45,000 miles)<br>Value $ 12,000.00 | | | | 16,021.00 | 4,021.00 |
| Account No.<br><br>Windward Community FCU<br>217 D Street, MCBH<br>Kailua, HI 96734-5090 | | - | 2006<br>Second mortgage<br>42-102 Aleka Place<br>Kailua, Hawaii 96734<br>Value $ 1,182,900.00 | | | | 199,000.00 | 199,000.00 |
| Account No.<br><br> | | | <br>Value $ | | | | | |
| Account No.<br><br> | | | <br>Value $ | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): 231,485.00 | 211,485.00

Total (Report on Summary of Schedules): 2,574,987.00 | 802,087.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Walter Ben Lawson**                                    Case No. **10-02826**
                                Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 4,776.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 4,279.94 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 9,055.94 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 9,055.94 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 9,055.94 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Walter Ben Lawson** _____  Case No. **10-02826**
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 5,145.00 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 550.00 |
| b. Water and sewer | | $ 110.00 |
| c. Telephone | | $ 60.00 |
| d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 500.00 |
| 4. Food | | $ 160.00 |
| 5. Clothing | | $ 40.00 |
| 6. Laundry and dry cleaning | | $ 40.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 20.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 250.00 |
| b. Life | | $ 40.00 |
| c. Health | | $ 210.00 |
| d. Auto | | $ 80.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) **GE taxes** | | $ 81.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 360.00 |
| b. Other **See Detailed Expense Attachment** | | $ 4,603.50 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 12,299.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | | $ 9,055.94 |
| b. Average monthly expenses from Line 18 above | | $ 12,299.50 |
| c. Monthly net income (a. minus b.) | | $ -3,243.56 |

U.S. Bankruptcy Court - Hawaii  #10-02826  Dkt # 9  Filed 11/03/10  Page 6 of 12

B6J (Official Form 6J) (12/07)

In re **Walter Ben Lawson**        Case No. **10-02826**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | |
|---|---:|
| Second Mortgage | $ 360.00 |
| Amtrust Mortgage - Apt. 302 | $ 1,309.00 |
| BAC Mortgage - Apt. 202 | $ 1,210.00 |
| FAC Mortgage - Apt. 203 | $ 1,435.00 |
| Hilton Grand Vacations Club | $ 289.50 |
| **Total Other Installment Payments** | $ 4,603.50 |

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Hawaii

In re   Walter Ben Lawson
                                    Debtor(s)

Case No.   10-02826
Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
Amtrust Bank

**Describe Property Securing Debt:**
107 South Court Avenue #302
Memphis, TN

Property will be (check one):
☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain  __pay and keep__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt        ■ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
BAC Home Loans Servicing

**Describe Property Securing Debt:**
42-102 Aleka Place
Kailua, Hawaii  96734

Property will be (check one):
☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain  __pay and keep__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt        ☐ Not claimed as exempt

---

**Property No. 3**

| Creditor's Name:<br>BAC Home Loans Servicing | Describe Property Securing Debt:<br>107 South Court Avenue #202<br>Memphis, TN |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain __pay and keep__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

**Property No. 4**

| Creditor's Name:<br>BAC Home Loans Servicing | Describe Property Securing Debt:<br>107 South Court Avenue, #203<br>Memphis, TN |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain __pay and keep__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

**Property No. 5**

| Creditor's Name:<br>Hilton Grand Vacations Company | Describe Property Securing Debt:<br>Time share interest in<br>Hilton Grand Vacations<br>Club |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain __pay and keep__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Windward Community FCU | **Describe Property Securing Debt:**<br>2002 Mercedes 320 ML SUV (45,000 miles) |

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain __pay and keep__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date __10/26/2010__        Signature _Walter Ben Lawson_
Walter Ben Lawson
Debtor

## Additional Creditors

Hilton Grand Vacations Company
6355 Metro West Blvd., Ste. 180
Orlando, FL 32835

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

Amtrust Bank
1801 E 9th St
Cleveland, OH 44114

BAC Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bank of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bank Of America
PO Box 15026
Wilmington, DE 19850

Bank of Hawaii
111 S King St
Honolulu, HI 96813

Bill Me Later
P.O. 2394
Omaha, NE 68103-2394

Capital One, N.A.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Citi
P.O. Box 6500
Sioux Falls, SD 57117

Discover Finance
Attention: Bankruptcy Department
PO Box 3025
New Albany, OH 43054

Downtown Production, LLC
c/o C2C Resources, LLC
56 Perimeter Center East
Atlanta, GA 30346

Fia Csna
Attn: Bankruptcy
PO Box 182686
Columbus, OH 43218

First USA
PO Box 15298
Wilmington, DE 19850

Hilco Rec
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089

Hilton Grand Vacations Company
6355 Metro West Blvd., Ste. 180
Orlando, FL 32835

Hsbc/neimn
Hscb Retail Srvs/ Attn: Bankruptcy
PO Box 5263
Carol Stream, IL 60197

Macys/fdsb
Macy's Bankruptcy
PO Box 8053
Mason, OH 45040

Recovery Management Systems Corp.
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605

Sears/cbsd
Sears Bk Recovery
PO Box 20363
Kansas City, MO 64195

Unvl/citi
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

US Bank/Na Nd
101 5th St E Ste A
St Paul, MN 55101

Visdsnb
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040

Windward Community FCU
217 D Street, MCBH
Kailua, HI 96734-5090