

| Debtor: **WALTER BEN LAWSON** | Case No.: **10-02826** |
|---|---|
| Joint Debtor: | Chapter 7 |
| | Docket No.: **19** |
| **ORDER ON REAFFIRMATION AGREEMENT** ||
| Agreement with: | Windward Community Federal Credit Union |
| Hearing: | |

The court having reviewed the reaffirmation agreement between the Debtor(s) and the above-named creditor,

IT IS HEREBY ORDERED:

Court approval of the reaffirmation agreement is not required; the court makes no determination.

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: 03/23/2011