| Filer's Name, Address, Phone, Fax, Email: | UNITED STATES BANKRUPTCY COURT |
|---|---|
| Donald L. Spafford, Jr. 6188<br>Pauahi Tower, Suite 470<br>1003 Bishop Street<br>Honolulu, HI 96813<br>(808) 532-6300<br>Fax: (808) 532-6309<br>spafford@lava.net | DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |

hib_1009-1 (12/09)

| Debtor: Walter Ben Lawson | Case No.: 10-02826 |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: 7 |

## COVER SHEET FOR AMENDMENTS

Check all of the following that are being amended.

Schedules: ☐ A ☐ B ☐ C ☐ G ☐ H ☒ I ☒ J

Schedules: ☐ D ☐ E ☐ F ($26 fee for 1 or more)

☐ List of Creditors / Mailing Matrix

☐ ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules)

☐ Statement of Financial Affairs

☐ Statement of Intention

☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation)

☐ List of Equity Security Holders

☐ List of 20 Largest Unsecured Creditors

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper not later than 7 days after filing the amendments.*]

*/s/ Walter Ben Lawson*
Walter Ben Lawson
Signature of Debtor
Dated: 4/8/2011

### CERTIFICATE OF SERVICE

The undersigned certifies:

☒ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: 4/8/2011

*/s/ Donald L. Spafford, Jr.*
Donald L. Spafford, Jr. 6188

**Attach amended schedules or statements to cover sheet. Attach a service list with names and addresses where notice was sent.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii   #10-02826   Dkt # 22   Filed  04/08/11   Page 1 of 7

# United States Bankruptcy Court
### District of Hawaii

In re  **Walter Ben Lawson**
                                Debtor

Case No. __10-02826__

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,760,900.00 | | |
| B - Personal Property | Yes | 3 | 18,849.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,574,987.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 197,708.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 16,542.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 17,124.33 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | 1,779,749.00 | | |
| | | | Total Liabilities | 2,772,695.89 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Hawaii

In re   **Walter Ben Lawson**                                     Case No. __10-02826__

                                        Debtor

                                                                  Chapter          7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 16,542.67 |
| Average Expenses (from Schedule J, Line 18) | 17,124.33 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,666.61 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 802,087.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 197,708.89 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 999,795.89 |

B6I (Official Form 6I) (12/07)

In re **Walter Ben Lawson**     Case No. **10-02826**
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Independent Dealer Consultant | |
| Name of Employer | Self-employed | |
| How long employed | 4 months | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ N/A |
|     b. Insurance | $ 0.00 | $ N/A |
|     c. Union dues | $ 0.00 | $ N/A |
|     d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 1,385.00 | $ N/A |
| 8. Income from real property | $ 10,377.73 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 4,779.94 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 16,542.67 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 16,542.67 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 16,542.67 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re __Walter Ben Lawson__                      Case No. __10-02826__
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 8,868.83 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 550.00 |
| b. Water and sewer | | $ 110.00 |
| c. Telephone | | $ 60.00 |
| d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 500.00 |
| 4. Food | | $ 160.00 |
| 5. Clothing | | $ 40.00 |
| 6. Laundry and dry cleaning | | $ 40.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 20.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 250.00 |
| b. Life | | $ 40.00 |
| c. Health | | $ 210.00 |
| d. Auto | | $ 80.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **GE taxes** | | $ 81.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 360.00 |
| b. Other **See Detailed Expense Attachment** | | $ 5,704.50 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 17,124.33 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I     $ 16,542.67
b. Average monthly expenses from Line 18 above     $ 17,124.33
c. Monthly net income (a. minus b.)     $ -581.66

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | |
|---|---:|
| Second Mortgage | $ 1,461.00 |
| Amtrust Mortgage - Apt. 302 | $ 1,309.00 |
| BAC Mortgage - Apt. 202 | $ 1,210.00 |
| FAC Mortgage - Apt. 203 | $ 1,435.00 |
| Hilton Grand Vacations Club | $ 289.50 |
| **Total Other Installment Payments** | $ 5,704.50 |

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

Amtrust Bank
1801 E 9th St
Cleveland, OH 44114

BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065

Bank of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bank Of America
PO Box 15026
Wilmington, DE 19850

Bank of Hawaii
111 S King St
Honolulu, HI 96813

Bill Me Later
P.O, 2394
Omaha, NE 68103-2394

Capital One, N.A.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Citi
P.O. Box 6500
Sioux Falls, SD 57117

Discover Finance
Attention: Bankruptcy Department
PO Box 3025
New Albany, OH 43054

Downtown Production, LLC
c/o C2C Resources, LLC
56 Perimeter Center East
Atlanta, GA 30346

Fia Csna
Attn: Bankruptcy
PO Box 182686
Columbus, OH 43218

First USA
PO Box 15298
Wilmington, DE 19850

Hilco Rec
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089

Hilton Grand Vacations Company
6355 Metro West Blvd., Ste. 180
Orlando, FL 32835

Hsbc/neimn
Hscb Retail Srvs/ Attn: Bankruptcy
PO Box 5263
Carol Stream, IL 60197

Macys/fdsb
Macy's Bankruptcy
PO Box 8053
Mason, OH 45040

Recovery Management Systems Corp.
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605

Sears/cbsd
Sears Bk Recovery
PO Box 20363
Kansas City, MO 64195

Unvl/citi
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

US Bank/Na Nd
101 5th St E Ste A
St Paul, MN 55101

Visdsnb
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040

Windward Community FCU
217 D Street, MCBH
Kailua, HI 96734-5090